[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DB

Tawana watts & HannahBelle Henry )
Plaintiff )
v )
Chicago Police Department )
Officer Rivera, Officer Rutherford, )
Officer Diaz, Officer Schwartz )
Defendant )

United States District Court
Northern District of Illinois

RECEIVED
MAY 12 2026 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# COMPLAINT

Please see attached documents
3 pages

1:26-cv-5529
Judge Jeffrey I. Cummings
Magistrate Judge Young B. Kim
Random / Cat.2

MAY 12 PM4:38

Tawana Watts & HannahBelle Henry

Complaint

My name is Tawana Watts, I am being charged with the crime of assault and battery to the Chicago police (Officer Marcus Rivera); injury to cut his Chin.

CPD was called to 232 N. Leamington for a fight in the neighborhood. Myself and my daughter had no involvement during the fight. The fight involved members of my family and the neighbors. I was trying to keep the fighting from happening. As I am a community leader in the Austin and North Lawndale communities, I did draw my firearm for protection of me and my family; as the neighbors tried running into my family backyard. Officer Tolacz and officer OTano saw me with my firearm and took my firearm to Check to see if I was conceal to carry. While these officer were in the process of detain me while they chack my firearm, I eye witness a group of (more than 8) Chicago Police officer surrounding my 14 year old and using unreasonable force against my minor daughter. I repeated asked the officers what was happening with my 14 year old minor daughter. I also screamed and yelled to CPD that my daugther was a minor and She was 14 years old.

MAY 12 PM 4:58

It went from 8 CPD officers using unreasonable force to more CPD officers joined in increasing the use of force on my daughter. one officer weighting more than 200lbs, I could seen pressing his hand into my daughter neck. I saw an officer grab my daughter by her hair buns and slammed her to the bare concrete. once my daughter was on the ground other officers continue to pull her lims in every direction. Including an officer pulling my daughter by her hair. I was panicking at seeing me baby being abused by a group of men weighting over 200lbs each and at least 2 females weighting over 150 lbs; I was in fear of my daughter's life. Out of fear I intervened to protect my daughter, I kicked one of the officers in attempt to only protect my daughter. After I kicked the officer I then started yelling telling the officer to hit me. I was arrested for Aggervated Battery to Peace Office. my daughter was arrested on two counts of the same charge as me. I later found out that the officer gave my daughter no verbal waring to stay back. Once my daughter tried walking pass the officer, the officer grabbed my daughter by her shirt and pushed my daughter. my daughter pushed the officer off of her, at that time other officers joined in with this officer. This is what lead CPD using unreasonable force on my daughter. Now my daughter is wearing a back brace. CPD Never used any de-escaltion techniques. On July 25, 2025 my dagther was found not quilty.