United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Thomas G. Bruton
Clerk of Court

# Document Deficiency Notice

---

**Case Number:** 1:26-cv-05529 **Judge:** Cummings

**Document Description:** Amended complaint

This submission was delivered to the Clerk's Office by [ ] Mail [ ] Intake Counter [x] Dropbox [ ] Pro Se Portal

The party is advised that the document appeared not to be in compliance with a federal rule, local rule, or local procedure as indicated below.

- [ ] The pleading was not signed (Fed. R. Civ. Pro. 11)
- [ ] The required notice time on the notice of motion is not sufficient (LR 5.3)
- [ ] Formatting noncompliance (LR 5.2)
- [ ] The brief is in excess of 15 pages (LR 7.1)
- [ ] The attached document was submitted in paper form by an attorney who is a registered e-filer (Fed. R. Civ. Pro. 5(d)(3)(A); LR 5.2(a))
- [ ] No fee payment or IFP submitted
- [x] No case information on the document
- [ ] Incorrect file format submitted
- [ ] Document(s) submitted is/are marked to be filed under seal
- [ ] Multiple documents were submitted and separated by Clerk's staff
- [ ] The presentment date on the notice of motion does not match with the date on your schedule
- [ ] Exhibits submitted separately
- [ ] Other:

Deputy Clerk: E. Eichenlaub Date: 8/13/2026